IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01240-MSK-KLM

RAFAEL FRIAS, and
PATRICIA MENDEZ-MANRIQUEZ,

    Plaintiffs,

v.

CHRIS THE CRAZY TRADER, INC., a Colorado corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Amend Answer** [Docket No. 16; Filed August 13, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. Defendant's Amended Answer [#16-1] is accepted for filing as of the date of this Minute Order.

    Dated: August 20, 2013